UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PROTECT THE PUBLIC'S TRUST,

*Plaintiff,*

v.

U.S. DEPARTMENT OF LABOR,

*Defendant*.

Civil Action No. 22-3073 (RDM)

## JOINT STATUS REPORT

Plaintiff, Protect the Public's Trust, and Defendant, the U.S. Department of Labor (the "Department"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's Minute Order dated December 20, 2022:

1.     This action concerns a FOIA request dated January 25, 2022 (ECF No. 1-1).

2.     The Department provided a final response to Plaintiff's request on February 27, 2023.

3.     Plaintiff raised one question regarding the scope of the search.  The Department has provided a response to Plaintiff's inquiry.  The parties are continuing to confer.

4.     The parties respectfully request that they be permitted to file their next Joint Status Report by May 16, 2023, and at that time, either set forth a briefing schedule or otherwise propose further proceedings as necessary.

*        *        *

Dated:  March 17, 2023

Respectfully submitted,

PROTECT THE PUBLIC'S TRUST
By Counsel:

*/s/ Gary M. Lawkowski*
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
Telephone: 703-574-1654
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for the United States of America*